AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Missouri

United States of America
v.

DAVID JONES
*Defendant*

4:24CR426 JAR/JMB

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **DAVID JONES**,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
Title 18, United States Code, Section 1349 Conspiracy to Commit Bank Fraud
Title 18, United States Code, Sections 1344 and 2 Bank Fraud
Title 18, United States Code, Sections 1029(a)(1) and 2 Use of a Counterfeit Access Device
Title 18, United States Code, Sections 513(a) and 2 Possessing Counterfeited Securities
Title 18, United States Code, Section 1028A and 2 Aggravated Identity Theft

DETENTION

Date: August 21, 2024

*Issuing officer's signature*

City and state: St. Louis, Missouri

NATHAN M. GRAVES, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 8/21/24, and the person was arrested on *(date)* 9/6/24
at *(city and state)* Manassas, VA.

Date: 9/6/24

*Arresting officer's signature*

Christina Francis / Postal Inspector
*Printed name and title*

AUSA: Tracy L. Berry